BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:10-CR-00453 |
|---|---|
| Plaintiff, | STIPULATION CONTINUING DEFENDANT'S INITIAL APPEARANCE PURSUANT TO SUMMONS; ORDER |
| v. | |
| CAROL LYNN TURK, | |
| Defendant. | |

The government and defendant Carol Lynn Turk, by and through their counsel, hereby stipulate and agree as follows:

(1) Ms. Turk's initial appearance for the Indictment filed on October 21, 2010, shall be continued from October 25, 2010, the date of the summons issued by the Court, to November 5, 2010, at 2:00 p.m. in the courtroom of the duty Magistrate on that date.

(2) The summons shall have the same force and effect as to the November 5, 2010, date and counsel for the defendant will take all reasonable steps to ensure the appearance of the defendant on November 5, 2010.

1

```
 1  Dated:   October 25, 2010           BENJAMIN B. WAGNER
                                        United States Attorney
 2

 3                                      By:
                                           JEAN M. HOBLER
 4                                         Special Ass't U.S. Attorney

 5

 6  Dated:   October 25, 2010           DANIEL BRODERICK
                                        Federal Defender
 7

 8                                      By:
                                           MICHAEL PETRIK
 9                                         Ass't Federal Defender,
                                           Counsel for CAROL LYNN TURK
10

11
                                        o O o
12

13                                      ORDER

14
    IT IS SO ORDERED.
15
    DATED:   October 25, 2010.
16

17

18                                      _____
                                        U.S. MAGISTRATE JUDGE
19
```