DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CAROL LYNN TURK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:10-CR-453 WBS |
| Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~ ORDER] |
| v. ) | TO CONTINUE STATUS CONFERENCE TO |
| ) | FEBRUARY 28, 2011 |
| CAROL LYNN TURK, ) | |
| ) | Date: January 10, 2011 |
| Defendant. ) | Time: 8:30 a.m. |
| ) | Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by the parties, through counsel, Jean Marie Hobler, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Carol Lynn Turk, that the Court vacate the status conference scheduled for January 10, 2011, at 8:30 a.m., and reset it for February 28, 2011, at 8:30 a.m.

Counsel seeks additional time to conduct further legal research and continue ongoing defense investigation.

It is further stipulated by the parties that the Court should exclude the period from the date of this order through February 28, 2011, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The

1  parties stipulate that the ends of justice served by granting Ms. Turk's
2  request for a continuance outweigh the best interest of the public and
3  Ms. Turk in a speedy trial, and that this is an appropriate exclusion of
4  time for defense preparation within the meaning of 18 U.S.C. §
5  3161(h)(7)(A) and (B) (Local Code T4).

6  Dated: January 6, 2011               Respectfully submitted,

7                                       DANIEL BRODERICK
                                        Federal Defender
8
                                        /s/ M. Petrik
9                                       _____
                                        MICHAEL PETRIK, Jr.
10                                      Assistant Federal Defender
                                        Attorneys for Defendant
11

12 Dated: January 6, 2011               BENJAMIN B. WAGNER
                                        United States Attorney
13
                                        /s/ M. Petrik for J. Hobler
14                                      _____
                                        JEAN MARIE HOBLER
15                                      Assistant U.S. Attorney

16

17                                  **ORDER**

18     **IT IS SO ORDERED.**  The Court orders time excluded from the date of
19 this order through the status conference on February 28, 2011, pursuant
20 to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

21

22 DATED:   January 6, 2011

23                      _____
24                      WILLIAM B. SHUBB
                        UNITED STATES DISTRICT JUDGE
25

26

27

28