```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   CAROL LYNN TURK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:10-CR-453 WBS |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED ORDER] |
| v. | ) TO CONTINUE STATUS CONFERENCE TO |
| | ) MARCH 28, 2011 |
| CAROL LYNN TURK, | ) |
| | ) Date: February 28, 2011 |
| Defendant. | ) Time: 8:30 a.m. |
| | ) Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by the parties, through counsel, Jean Marie Hobler, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Carol Lynn Turk, that the Court vacate the status conference scheduled for February 28, 2011, at 8:30 a.m., and reset it for March 28, 2011, at 8:30 a.m.

Counsel seeks additional time to conduct further legal research and continue ongoing defense investigation.

It is further stipulated by the parties that the Court should exclude the period from the date of this order through March 28, 2011, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The

1 parties stipulate that the ends of justice served by granting Ms. Turk's
2 request for a continuance outweigh the best interest of the public and
3 Ms. Turk in a speedy trial, and that this is an appropriate exclusion of
4 time for defense preparation within the meaning of 18 U.S.C. §
5 3161(h)(7)(A) and (B) (Local Code T4).

6 Dated: February 24, 2011          Respectfully submitted,

7                                    DANIEL BRODERICK
                                     Federal Defender
8
                                     /s/ M. Petrik
9                                    _____
                                     MICHAEL PETRIK, Jr.
10                                   Assistant Federal Defender
                                     Attorneys for Defendant
11

12 Dated: February 24, 2011          BENJAMIN B. WAGNER
                                     United States Attorney
13
                                     /s/ M. Petrik for J. Hobler
14                                   _____
                                     JEAN MARIE HOBLER
15                                   Assistant U.S. Attorney

16

17                                  **ORDER**

18   **IT IS SO ORDERED.**  The Court orders time excluded from the date of
19 this order through the status conference on March 28, 2011, pursuant to
20 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).  The status conference
21 scheduled for February 28, 2011, at 8:30 a.m. is reset for March 28,
22 2011, at 8:30 a.m.

23

24 DATED: February 24, 2011

25
                                     _____
26                                   WILLIAM B. SHUBB
                                     UNITED STATES DISTRICT JUDGE
27

28