1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   CAROL LYNN TURK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:10-CR-453 WBS |
| Plaintiff, | ) |
| | ) STIPULATION AND [~~PROPOSED~~ ORDER] |
| v. | ) TO CONTINUE STATUS CONFERENCE TO |
| | ) April 25, 2011, AT 8:30 A.M. |
| CAROL LYNN TURK, | ) |
| | ) Date: March 28, 2011 |
| Defendant. | ) Time: 8:30 a.m. |
| | ) Judge: Hon. William B. Shubb |
| _____ | ) |

IT IS HEREBY STIPULATED by the parties, through counsel, Jean Marie Hobler, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Carol Lynn Turk, that the Court vacate the status conference scheduled for March 28, 2011, at 8:30 a.m., and reset it for April 25, 2011, at 8:30 a.m.

Counsel seeks additional time to review discovery and confer with Ms. Turk.

It is further stipulated by the parties that the Court should exclude the period from the date of this order through April 25, 2011, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The

1  parties stipulate that the ends of justice served by granting Ms. Turk's
2  request for a continuance outweigh the best interest of the public and
3  Ms. Turk in a speedy trial, and that this is an appropriate exclusion of
4  time for defense preparation within the meaning of 18 U.S.C. §
5  3161(h)(7)(A) and (B)(iv) (Local Code T4).

6  Dated: March 23, 2011                Respectfully submitted,

7                                       DANIEL BRODERICK
                                        Federal Defender
8
                                        /s/ M.Petrik
9                                       _____
                                        MICHAEL PETRIK, Jr.
10                                      Assistant Federal Defender
                                        Attorneys for Defendant
11

12 Dated: March 23, 2011                BENJAMIN B. WAGNER
                                        United States Attorney
13
                                        /s/ M.Petrik for Jean Marie Hobler
14                                      _____
                                        JEAN MARIE HOBLER
15                                      Assistant U.S. Attorney

16

17                                   **ORDER**

18    **IT IS SO ORDERED.** The Court orders time excluded from the date of
19 this order through the status conference on April 25, 2011, pursuant to
20 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

21

22 DATED:  March 23, 2011

23                    _____
24                    WILLIAM B. SHUBB
                      UNITED STATES DISTRICT JUDGE
25
26
27
28