```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CAROL LYNN TURK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROL LYNN TURK,<br><br>  Defendant. | Case No. 10-453 WBS<br><br>STIPULATION AND [~~PROPOSED~~ ORDER]<br>TO CONTINUE STATUS CONFERENCE TO<br>May 2, 2011, AT 8:30 A.M.<br><br>Date:  April 25, 2011<br>Time:  8:30 a.m.<br>Judge: Hon. William B. Shubb |

THE PARTIES STIPULATE, through counsel, Jean Marie Hobler, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Carol Lynn Turk, that the Court should vacate the status conference scheduled for April 25, 2011, at 8:30 a.m., and reset it for May 2, 2011, at 8:30 a.m.

The parties anticipate that Ms. Turk will change her plea at the May 2, 2011, hearing. Counsel for the defense seeks additional time to review a revised plea agreement and confer with Ms. Turk.

The parties further stipulate that the Court should exclude the period from the date of this order through May 2, 2011, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The

1

parties stipulate that the ends of justice served by granting Ms. Turk's request for a continuance outweigh the best interest of the public and Ms. Turk in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: April 21, 2011                    Respectfully submitted,

                                         DANIEL BRODERICK
                                         Federal Defender

                                         /s/ M.Petrik
                                         _____
                                         MICHAEL PETRIK, Jr.
                                         Assistant Federal Defender
                                         Attorneys for Defendant

Dated: April 21, 2011                    BENJAMIN B. WAGNER
                                         United States Attorney

                                         /s/ M.Petrik for Jean Marie Hobler
                                         _____
                                         JEAN MARIE HOBLER
                                         Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through May 2, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

DATED: April 22, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2