```
DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 10-453 WBS |
|---|---|
| Plaintiff, | ) ORDER TO CONTINUE SENTENCING TO ) SEPTEMBER 12, 2011, AT 8:30 A.M. |
| v. | ) |
| CAROL LYNN TURK, | ) Date: July 18, 2011 ) Time: 8:30 a.m. ) Judge: Hon. William B. Shubb |
| Defendant. | ) |

This matter is before the Court on July 18, 2011, at 8:30 a.m., for sentencing. Counsel for the defense requires a continuance to September 12, 2011, at 8:30 a.m., to prepare for sentencing. Assistant United States Attorney Jean Marie Hobler, and Senior United States Probation Officer Thomas H. Brown, have no objection to the defense request to continue the sentencing to September 12, 2011, at 8:30 a.m.

The modified disclosure schedule follows:

Reply Or Statement Of Non-Opposition: . . . . . . September 6, 2011;

Motion For Correction Of The Presentence Report
Filed With The Court And Served On The Probation
Officer And Opposing Counsel No Later Than: . . . . August 29, 2011;

[PROPOSED] ORDER          1          10-453 WBS

```
The Presentence Report Filed With The Court And
Disclosed To Counsel No Later Than:      . . . . . . . . August 22, 2011;

Counsel's Written Objections To The Presentence
Report Delivered To The Probation Officer
And Opposing Counsel No Later Than:      . . . . . . . . August 15, 2011;

The Proposed Presentence Report due:     . . . . . . . . . August 1, 2011.
```

Good cause appearing therefor,

**IT IS ORDERED** that this matter be continued from July 18, 2011, at 8:30 a.m., to September 12, 2011, at 8:30 a.m.; and,

**IT IS ORDERED** that the parties adhere to the modified disclosure schedule outlined above.

Dated:   June 8, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER                         2                            10-453 WBS